# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL TOKASH, | CIVIL ACTION NO. 3:10-cv-872 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| FOXCO INSURANCE MANAGEMENT SERVICES, INC., and EXCALIBUR INSURANCE MANAGEMENT SERVICES, INC. | |
| Defendants. | |

## ORDER

**NOW**, this 14th day of May, 2012, **IT IS HEREBY ORDERED** that Defendants Foxco Insurance Management Services, Inc. and Excalibur Insurance Management Services, Inc.'s Motion for Summary Judgment (Doc. 23) is **GRANTED IN PART** as follows:

1. Plaintiff's claims of discrimination on account of gender under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the PHRA (Counts II and IV of her Complaint) have been abandoned and are **DISMISSED**.

2. The Motion is **DENIED** in all other respects.

                                                      /s/ A. Richard Caputo
                                                      A. Richard Caputo
                                                      United States District Judge