**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CAROL TOKASH,

    Plaintiff,

        v.

FOXCO INSURANCE MANAGEMENT
SERVICES, INC., and EXCALIBUR
INSURANCE MANAGEMENT
SERVICES, INC.,

    Defendants.

CIVIL ACTION NO. 3:CV-10-872

(JUDGE CAPUTO)

**ORDER**

**NOW**, this 11th day of January, 2013, **IT IS HEREBY ORDERED** that Plaintiff Carol Tokash's Motion for a New Trial Pursuant to Fed. R. Civ. P. 59 (Doc. 80) is **DENIED**.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge